**Opinion issued December 3, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00380-CR

## NO. 01-13-00381-CR

————————————

**CLAYTON HOMER BRUNO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Case Nos. 1330602, 1330604**

---

### MEMORANDUM OPINION

On September 7, 2013, the trial court reporter filed an information sheet in this Court indicating the record was lost due to technical problems. On October 29, 2013, we abated these appeals for a hearing in the trial court regarding the lost

reporter's record. On November 19, 2013, the trial court ordered a new trial as the parties could not agree to the content of the lost records. *See* TEX. R. APP. P. 34.6(f). The granting of a motion for new trial restores the case to its position before the former trial. *See* TEX. R. APP P. 21.9(b). These appeals were rendered moot by the order granting a new trial. *See id.*

Accordingly, we dismiss the appeals as moot. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).